UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| H.M.V.O., | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:11-cv-00042-MJD-JMS |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

**JUDGMENT**

The Court, having this day made its Entry,

    IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that H.M.V.O. was not entitled to Social Security Supplemental Security Income Disability benefits based upon her application filed on February 23, 2007, is AFFIRMED.

Dated: 12/30/2011

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com